WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'10 APR 23 12:27 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**SHERRY PARRISH,**

    Plaintiff,

vs.

**COMMISSIONER of Social Security,**

    Defendant.

CV # 08-969-HU

ORDER

Attorney fees in the amount of $6,575.00 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 23 day of April, 2010.

_____
United States District / Magistrate Judge

Submitted on April 14, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1